1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9           IN THE UNITED STATES DISTRICT COURT FOR

10                 THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 NANCY CALDWELL            )
                             )        1:07-CV-1015 AWI DLB
14                           )
          Plaintiff,         )        STIPULATION AND ORDER
15                           )
   vs.                       )
16                           )
   Commissioner of Social    )
17 Security,                 )
                             )
18        Defendant.         )
   _____)
19

20       IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21 granted a 30 day extension of time, until January 25, 2008, in which to serve Plaintiff's

22 Confidential brief.  All remaining actions under the scheduling order filed, July 17, 2007, shall

23 proceed under the time limit guidelines set therein.

24 / /

25 / /

26 / /

27 / /

28

1 | Dated:  December 22, 2007         /s/ Sengthiene Bosavanh

2 |                                                           SENGTHIENE BOSAVANH, ESQ.
                                                              Attorney for Plaintiff.
3 |

4 | Dated: December 27, 2007           MCGREGOR SCOTT
                                                              United States Attorney
5 |

6 |                                                           By: /s/ Jacqueline A. Forslund
                                                              (as authorized via facsimile/e-mail)
                                                              JACQUELINE A. FORSLUND
7 |                                                           Assistant Regional Counsel

8 |

9 |
           IT IS SO ORDERED.
10 |
           Dated:   **January 10, 2008**              **/s/ Dennis L. Beck**
11 |                                                           UNITED STATES MAGISTRATE JUDGE